# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 99- 777 |
| v. | : | DATE FILED: _____ |
| ROBERT MILLER, SR.<br>ROBERT MILLER, JR.<br>WESLEY DiDOMENICIS<br>JOHN DiDOMENICIS<br>FRANK BUONO<br>VINCENT ROMEO<br>RAYMOND RUSSO<br>    a/k/a "Ray Duck"<br>CHRISTOPHER ALEARDI<br>    a/k/a "Ronnie the Bricklayer"<br>JOHN BERRY | :<br><br>:<br><br>:<br><br>: | VIOLATIONS: 18 U.S.C. § 371 (Conspiracy - 1 Count); 18 U.S.C. § 659 (Theft from Interstate Shipments - 9 Counts); 18 U.S.C. § 2 (Aiding and Abetting) |

**FILED**

DEC 1 5 1999

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## INDICTMENT

## COUNT ONE

### (Conspiracy to Commit Thefts from Interstate and Foreign Shipments)

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1.     Ameriport, located at 3300 S. Delaware Avenue, Philadelphia, Pennsylvania, was a storage facility, terminal and depot for cargo trailer containers of goods and merchandise which were traveling in interstate and foreign commerce.

2.     C.S.X. Freight Lines Yard ("CSX"), located at 2400 S. Delaware Avenue, Philadelphia, Pennsylvania, was a storage facility, terminal and depot for cargo trailer containers of goods and merchandise which were traveling in interstate and foreign commerce.

3.      BMX Trucking Company ("BMX"), located at 3301 S. 3d Street, Philadelphia, Pennsylvania, was engaged in business of hauling cargo trailer containers of goods and merchandise by means of tractor trucks and was owned and operated in part by defendant **WESLEY DiDOMENICIS.**

4.      Viking Transportation ("Viking"), located at 16 W. Wolf Street, Philadelphia, Pennsylvania, was engaged in the business of hauling cargo trailer containers of goods and merchandise by means of tractor trucks and was owned and operated by defendant **FRANK BUONO**.

5.      J.D. Express ("JD Express"), located at 3301 S. 3d Street, Philadelphia, Pennsylvania, was engaged in the business of hauling cargo trailer containers of goods and merchandise by means of tractor trucks and was owned and operated by defendant **JOHN DiDOMENICIS**.

6.      From in or about December 1996 through in or about March 1999, in the Eastern District of Pennsylvania and elsewhere, defendants

> **ROBERT MILLER, SR.**
> **ROBERT MILLER, JR.**
> **WESLEY DiDOMENICIS**
> **JOHN DiDOMENICIS**
> **FRANK BUONO**
> **VINCENT ROMEO**
> **RAYMOND RUSSO**
>        a/k/a "Ray Duck"
> **CHRISTOPHER ALEARDI**
>        a/k/a "Ronnie the Bricklayer"
> **JOHN BERRY**

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to unlawfully, willfully and knowingly, and with intent to convert to

2

their own use, steal, take, carry away and conceal goods and chattels valued in excess of
$1,000.00 which were moving as, were a part of, and constituted interstate and foreign shipments
of freight, express, and other property, in violation of Title 18, United States Code, Section 659.

## OBJECT OF THE CONSPIRACY

7.      The object of the conspiracy was to steal truckload quantities of goods and
merchandise without detection by law enforcement authorities and to profit from the sale of the
stolen merchandise.

## MANNER AND MEANS

8.      It was part of the conspiracy that defendants **ROBERT MILLER, SR.**
and  **ROBERT MILLER, JR.** and co-conspirator Fred Angelucci and others known and
unknown to the Grand Jury organized crews of individuals to break into Ameriport and CSX to
steal cargo trailer containers of goods and merchandise which were traveling in interstate and
foreign commerce, and which contained the following goods and merchandise: televisions,
combination television/VCR sets, toy electric train sets, electric ceiling fans, women's sweat
suits, baby formula, bicycles, computers and toy electric race car sets.

9.      It was further part of the conspiracy that defendants **WESLEY**
**DiDOMENICIS**, **JOHN DiDOMENICIS** and **FRANK BUONO** supplied tractor trucks and
empty cargo trailer containers for the  purpose of stealing cargo trailer containers of goods and
merchandise from the Ameriport and CSX storage facilities.

3

10.     It was further part of the conspiracy that defendant **WESLEY DiDOMENICIS** permitted stolen cargo trailer containers of goods and merchandise from CSX to be transported to, stored at and unloaded at BMX, his truck hauling business.

11.     It was further part of the conspiracy that defendant **FRANK BUONO** permitted stolen cargo trailer containers of goods and merchandise from Ameriport to be transported to, stored at and unloaded at Viking, his truck hauling business.

12.     It was further part of the conspiracy that defendant **JOHN DiDOMENICIS** permitted stolen cargo trailer containers of goods and merchandise from Ameriport to be transported to, stored at and unloaded at JD Express, his truck hauling business.

13.     It was further part of the conspiracy that defendants **ROBERT MILLER, SR.** and **ROBERT MILLER, JR.** and co-conspirator Fred Angelucci rented trucks to transport stolen goods and merchandise to various storage locations in the Philadelphia area after the stolen goods had been unloaded from the stolen cargo trailer containers, and to deliver these stolen goods to persons known and unknown to the Grand Jury who dealt in stolen goods and merchandise.

14.     It was further part of the conspiracy that defendant **RAYMOND RUSSO**, an individual working as a guard at CSX, permitted defendants **ROBERT MILLER, SR.** and **CHRISTOPHER ALEARDI** and others known and unknown to the Grand Jury to drive stolen cargo trailer containers of goods and merchandise through his guard station at CSX.

15.     It was further part of the conspiracy that defendants **CHRISTOPHER ALEARDI** and **JOHN BERRY** and others known and unknown to the Grand Jury were members and participants in the theft crews organized by defendants **ROBERT MILLER, SR.**

4

and **ROBERT MILLER, JR.** and co-conspirator Fred Angelucci.

16.    It was further part of the conspiracy that defendant **VINCENT ROMEO**
and others known and unknown to the Grand Jury instructed members of the theft crews
organized by defendants **ROBERT MILLER, SR.** and  **ROBERT MILLER, JR.** and co-
conspirator Fred Angelucci to take stolen goods and merchandise to various drop and storage
locations in the Philadelphia area.

17.    It was further part of the conspiracy that defendants **ROBERT MILLER,
SR.** and **ROBERT MILLER, JR.** and co-conspirator Fred Angelucci received payments for the
stolen goods and merchandise delivered to persons who dealt in stolen goods and merchandise,
and that the monies received and collected by defendants **ROBERT MILLER, SR.** and
**ROBERT MILLER, JR.** and co-conspirator Fred Angelucci were shared among themselves
and with the members of theft crews which they organized.

## OVERT ACTS

18.    In furtherance of the conspiracy, defendants **ROBERT MILLER, SR.,
ROBERT MILLER, JR., WESLEY DiDOMENICIS, JOHN DiDOMENICIS, FRANK
BUONO, VINCENT ROMEO, RAYMOND RUSSO, CHRISTOPHER ALEARDI, JOHN
BERRY** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury
committed the following overt acts in the Eastern District of Pennsylvania and elsewhere:

(The Theft of the Sony Televisions)

a.    In or about December 1996, defendants **ROBERT MILLER, SR.,
ROBERT MILLER, JR.** and **WESLEY DiDOMENICIS** and co-conspirator Fred Angelucci
broke into CSX and stole cargo trailer container No. A443793, which contained 240 Sony

television sets valued at approximately $91,930.

b.      In or about December 1996, defendant **WESLEY DiDOMENICIS** and Fred Angelucci, using a tractor truck which had been supplied by defendant **WESLEY DiDOMENICIS**, transported the cargo trailer container of Sony televisions to BMX.

c.      In or about December 1996, after the stolen Sony televisions were transported to BMX, defendants **ROBERT MILLER, SR., ROBERT MILLER, JR., WESLEY DiDOMENICIS** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury unloaded and transferred the stolen Sony television sets to two rental trucks which had been obtained by defendant **ROBERT MILLER, SR.**

d.      In or about December 1996, defendant **ROBERT MILLER, SR.** and co-conspirator Fred Angelucci delivered the Sony televisions to Ralph Abbruzzi, a/k/a "Ralphie Head" (who is charged elsewhere and not in this indictment) and others known and unknown to the Grand Jury at various locations in the Philadelphia area.

e.      In or about December 1996, defendant **ROBERT MILLER, SR.** gave co-conspirator Fred Angelucci approximately $10,000 in cash and approximately 40 Sony televisions (with an approximate street sale value of $200 each) as payment for his assistance in the theft and distribution of the Sony television sets.

(The Theft of the Samsung Televisions)

f.      In or about April 1997, defendant **ROBERT MILLER, JR.** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury broke into CSX and stole cargo trailer container No. A90018, which contained approximately 1,016 Samsung television sets and combination television/VCR sets ("Samsung television sets") valued at

approximately $154,492.

g.      In or about April 1997, co-conspirator Fred Angelucci and others known and unknown to the Grand Jury, using a tractor truck which had been supplied by defendant **WESLEY DiDOMENICIS**, transported the cargo trailer container of Samsung television sets to BMX.

h.      In or about April 1997, after the stolen Samsung television sets were transported to BMX, defendants **ROBERT MILLER, SR.**, **ROBERT MILLER, JR.**, **WESLEY DiDOMENICIS** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury unloaded and transferred the stolen Samsung television sets to two rental trucks which had been obtained by defendant **ROBERT MILLER, SR.**

i.      In or about April 1997, defendants **ROBERT MILLER, SR.**, **ROBERT MILLER, JR.** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury delivered approximately 110 Samsung television sets to a social club located on McDade Boulevard, in Ridley Township, Delaware County, Pennsylvania.

j.      In or about April 1997, co-conspirator Fred Angelucci, at the direction of defendants **ROBERT MILLER, SR.** and **ROBERT MILLER, JR.**, delivered approximately 50 Samsung television sets to the 1200 Block of Montrose Street, Philadelphia, Pennsylvania, and received approximately $5,000 as payment for  the delivery of the Samsung television sets.

k.      In or about April 1997, co-conspirator Fred Angelucci, at the direction of **ROBERT MILLER, SR.** and **ROBERT MILLER, JR.**, delivered approximately 75 Samsung television sets to Ralph Abbruzzi.

l.      In or about April 1997, co-conspirator Fred Angelucci  received

approximately $6,900 from defendant **ROBERT MILLER, SR.** as payment for his assistance in

the theft of and distribution of the Samsung television sets.

(The Theft of the Electric Ceiling Fans)

m.       In or about July 1997, defendants **ROBERT MILLER, JR.,**

**CHRISTOPHER ALEARDI** and co-conspirator Fred Angelucci and others known and

unknown to the Grand Jury broke into Ameriport and stole cargo trailer No. MOLU803515,

which contained approximately 2040 electric ceiling fans valued at approximately $93,189.

n.       In or about July 1997, co-conspirator Fred Angelucci and others known

and unknown to the Grand Jury, using a tractor truck supplied by defendant **JOHN**

**DiDOMENICIS**, transported the cargo trailer container of electric ceiling fans to a drop location

which had been obtained by and identified by defendant **VINCENT ROMEO**, that is, a

warehouse located at 84th Street and Hook Road, Philadelphia, Pennsylvania.

o.       In or about July 1997, at the warehouse on 84th Street, defendant

**CHRISTOPHER ALEARDI** and co-conspirator Fred Angelucci and others known and

unknown to the Grand Jury transferred approximately 1200 stolen electric fans into the

warehouse on 84th Street, and transferred approximately 800 stolen electric fans to two rental

trucks which had been obtained by co-conspirator Fred Angelucci.

p.       In or about July 1997, co-conspirator Fred Angelucci and others known

and unknown to the Grand Jury delivered approximately 800 electric ceiling fans to Ralph

Abbruzzi and others known and unknown to the Grand Jury, at a location on Fernon Street,

between 8th and 9th Streets, Philadelphia, Pennsylvania.

q.       In or about July 1997, co-conspirator Fred Angelucci received

8

approximately $10,000 from Ralph Abbruzzi as payment for the approximately 800 electric ceiling fans which had been delivered to Ralph Abbruzzi and others known and unknown to the Grand Jury.

      r.     In or about July 1997, co-conspirator Fred Angelucci received approximately $10,000 from defendant **VINCENT ROMEO** as payment for his assistance in the theft of the approximately 1200 stolen electric ceiling fans which were unloaded and transferred into the warehouse on 84th Street.

      s.     In or about July 1997, co-conspirator Fred Angelucci paid defendants **ROBERT MILLER, JR., JOHN DiDOMENICIS, CHRISTOPHER ALEARDI** and others known to the Grand Jury for their assistance in the theft of and distribution of the electric ceiling fans. The payments were made out of the $20,000 received for the stolen electric ceiling fans from Ralph Abbruzzi and defendant **VINCENT ROMEO**.

(The Theft of the Toy Electric Train Sets)

      t.     In or about July 1997, defendants **ROBERT MILLER, JR., CHRISTOPHER ALEARDI** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury broke into Ameriport and stole cargo trailer container No. MOLU101279, which contained approximately 951 cartons of Bachmann toy electric train sets ("Bachmann train sets") and parts valued at approximately $39,942.

      u.     In or about July 1997, co-conspirator Fred Angelucci and others known and unknown to the Grand Jury, using a tractor truck supplied by defendant **JOHN DiDOMENICIS**, transported the cargo trailer container of Bachmann train sets to the warehouse on 84th Street.

9

v.      In or about July 1997, at the 84th Street warehouse, approximately 571 cartons of Bachmann train sets were transferred by defendant **CHRISTOPHER ALEARDI** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury to a rental truck which had been obtained by co-conspirator Fred Angelucci.

w.      In or about July 1997, co-conspirator Fred Angelucci delivered approximately 571 cartons of Bachmann train sets to Ralph Abbruzzi.

(The Theft of the Women's Sweat Suits)

x.      In or about September 1997, defendants **ROBERT MILLER, JR., CHRISTOPHER ALEARDI** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury broke into Ameriport and stole cargo trailer container No. TRIU526974 and cargo trailer container No. TOLU358460, which together contained a total of approximately 15,600 sets of women's sweat suits valued at approximately $ 140,595.

y.      In or about September 1997, **CHRISTOPHER ALEARDI** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury, using tractor trucks supplied by defendant **JOHN DiDOMENICIS**, transported the cargo trailer containers of women's sweat suits to JD Express.

z.      In or about September 1997, after the stolen women's sweat suits were transported to JD Express, defendant **CHRISTOPHER ALEARDI** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury transferred the stolen women's sweat suits to rental trucks which had been obtained by co-conspirator Fred Angelucci to deliver them to various locations in the Philadelphia area.

aa.     In or about September 1997, co-conspirator Fred Angelucci received

10

$10,000 after delivering approximately 350 cases of women's sweat suits to an unidentified buyer who had been located by Frank Gambino and Steven Frangipani, a/k/a "Snitch" (both of whom are indicted elsewhere and not in this indictment).

bb.     In or about September 1997, co-conspirator Fred Angelucci delivered two truck loads of women's sweat suits to defendant **ROBERT MILLER, JR.**

cc.     In or about October 1997, defendant **ROBERT MILLER, JR.** sold a portion of the stolen sweat suits to an FBI special agent at the Garden State Race Track flea market.

(The Theft of the Baby Formula and Nutritional Supplements)

dd.     In or about July 1998, defendants **ROBERT MILLER, SR.** and **CHRISTOPHER ALEARDI** broke into CSX and stole cargo trailer container No. REDZ237384, which contained a total of approximately 3,618 cases of Enfamil, Prosobee, Nutramigen, Lactofree, Next Step, Sustical and Boost ("The Baby Formula and Nutritional Supplements") valued at approximately $126,483.

ee.     In or about July 1998, defendant **RAYMOND RUSSO** permitted the stolen cargo trailer of baby formula and nutritional supplements to be removed from CSX through his guard station.

ff.     In or about July 1998, defendants **ROBERT MILLER, SR.** and **CHRISTOPHER ALEARDI** delivered the cargo trailer container of baby formula and nutritional supplements to Frank Gambino, Ralph Abbruzzi and Anthony Accardo (who is indicted elsewhere and not in this indictment) at the Old Schmidt's Brewery warehouse ("The Schmidt's Warehouse") on N. Howard Street, Philadelphia, Pennsylvania.

11

(The Theft of the Bicycles)

gg.    In or about July 1998 (sometime after the theft of the baby formula and nutritional supplements), defendants **ROBERT MILLER, SR.** and **CHRISTOPHER ALEARDI** broke into CSX and stole cargo trailer container No. A91708 which contained a total of approximately 570 Raleigh bicycles valued at approximately $73,749.

hh.    In or about July 1998, defendant **RAYMOND RUSSO** permitted the stolen cargo trailer of bicycles to be removed from CSX through his guard station.

ii.    In or about July 1998, defendants **ROBERT MILLER, SR.** and **CHRISTOPHER ALEARDI** delivered the cargo trailer container of stolen bicycles to Frank Gambino, Ralph Abbruzzi and Anthony Accardo at the Schmidts' warehouse

jj.    In or about July 1998, after the stolen bicycles were transported to the Schmidts' warehouse, defendants **ROBERT MILLER, SR., CHRISTOPHER ALEARDI** and co-conspirators Frank Gambino, Ralph Abbruzzi and Anthony Accardo, and others known and unknown to the Grand Jury  unloaded the stolen bicycles into the Schmidt's warehouse.

(The Theft of the Toy Electric Race Car Sets)

kk.    In or about September 1998, defendants **ROBERT MILLER, JR., CHRISTOPHER ALEARDI, JOHN BERRY** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury broke into Ameriport and stole cargo trailer container No. HJCU784866, which contained approximately 1090 cartons of Carrera electric toy race car sets ("electric race car sets") valued at approximately $36,883.

ll.    In or about September 1998, defendants **JOHN BERRY** and **CHRISTOPHER ALEARDI**, using a tractor truck supplied by defendant **FRANK BUONO**,

transported the cargo trailer container of electric race car sets to Viking.

          mm.    In or about September 1998, after the stolen electric race car sets were transported to Viking, defendants **ROBERT MILLER, JR.**, **CHRISTOPHER ALEARDI**, **JOHN BERRY** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury transferred the stolen electric race car sets into a second empty cargo trailer container supplied by defendant **FRANK BUONO** for storage.

          nn.    In or about September 1998, co-conspirator Fred Angelucci drove the cargo trailer container of electric race car sets from defendant **FRANK BUONO's** truck hauling business at Viking to defendant **JOHN DiDOMENICIS'** truck hauling business at JD Express at the request of defendant **FRANK BUONO**.

          oo.    In or about September 1998, defendant **JOHN BERRY** took the cargo trailer container of electric race car sets from JD Express.

(The Theft of the Computers)

          pp.    In or about September 1998, defendants **ROBERT MILLER, JR.**, **CHRISTOPHER ALEARDI**, **JOHN BERRY** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury broke into Ameriport and stole cargo trailer container No. EMPU283529, which contained 618 pieces of Compaq computers and related computer equipment ("Compaq computers) valued at approximately $626,643.

          qq.    In or about September 1998, defendant co-conspirator Fred Angelucci and others known and unknown to the Grand Jury, using a tractor truck supplied by defendant **FRANK BUONO**, transported the cargo trailer container of Compaq Computers to Viking for storage.

13

rr.    In or about September 1998, co-conspirator Fred Angelucci drove a cargo trailer container of Compaq computers from defendant **FRANK BUONO's** truck hauling business at Viking to defendant **JOHN DiDOMENICIS'** truck hauling business at JD Express at the request of defendant **FRANK BUONO**.

ss.    In or about September 1998, defendant **JOHN BERRY** drove the cargo trailer container of Compaq computers from JD Express to a warehouse located off Torresdale Avenue, Philadelphia.

tt.    In or about September 1998, after the stolen Compaq computers were transported to the warehouse Torresdale Avenue, defendants **VINCENT ROMEO, CHRISTOPHER ALEARDI, JOHN BERRY** and co-conspirator Fred Angelucci and others known and unknown to the Grand Jury unloaded and transferred the Compaq computers from the cargo trailer container into the warehouse for storage.

uu.    In or about September 1998, defendant **CHRISTOPHER ALEARDI** received approximately $3,000 from defendant **VINCENT ROMEO** for his role in stealing the Compaq computers.

vv.    In or about September 1998, co-conspirator Fred Angelucci gave defendant **JOHN DiDOMENICIS** a computer from the stolen shipment as payment for use of his truck hauling equipment and the JD Express facility in the theft of the Compaq computers.

(Additional Thefts)

ww.    From in or about October 1998 to in or about March 1999 defendant **RAYMOND RUSSO** and co-conspirator Fred Angelucci discussed committing additional thefts of goods and merchandise from CSX and other storage facilities, terminals and depots for cargo

trailer containers with Frank Gambino (who is charged elsewhere and not in this indictment), in which defendant **FRANK BUONO's** truck hauling business known as Viking would be used to facilitate the thefts.

xx.    From in or about October 1998, to in or about December 1998 defendant **JOHN BERRY** and co-conspirator Fred Angelucci discussed committing additional thefts of goods and merchandise from cargo trailers which defendant **JOHN BERRY** was hauling by tractor truck as part of his employment as a truck driver.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**(Theft of Interstate Shipment of Sony Televisions - December 1996)**

**THE GRAND JURY FURTHER CHARGES:**

      19.    In or about December 1996, in the Eastern District of Pennsylvania and elsewhere, defendants

> **ROBERT MILLER, SR.**
> **ROBERT MILLER, JR.**
> **WESLEY DiDOMENICIS**

and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly, and with intent to convert to their own use, did steal, take, carry away and conceal from Cargo Trailer No. A443793, located at a storage facility, terminal and depot for cargo trailer containers known as CSX Freight Lines Yard, 2400 S. Delaware Avenue, Philadelphia, Pennsylvania, goods and chattels of a value in excess of $1,000, that is approximately 240 Sony television sets valued at approximately $91,930, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and other property from Tijuana, Mexico to Cranbury, New Jersey.

      In violation of Title 18, United States Code, Sections 659 and 2.

## COUNT THREE

**(Theft of Interstate Shipment of Samsung Televisions - April 1997)**

**THE GRAND JURY FURTHER CHARGES:**

20.     In or about April 1997, in the Eastern District of Pennsylvania and elsewhere, defendants

**ROBERT MILLER, SR.**
**ROBERT MILLER, JR.**
**WESLEY DiDOMENICIS**

and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly, and with intent to convert to their own use, did steal, take, carry away and conceal from Cargo Trailer No. A90018, located at a storage facility, terminal and depot for cargo trailer containers known as CSX Freight Lines Yard, 2400 S. Delaware Avenue, Philadelphia, Pennsylvania, goods and chattels of a value in excess of $1,000, that is approximately 1,016 Samsung television and combination television/VCR sets valued at approximately $154,492, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and other property from Tijuana, Mexico to Ledgewood, New Jersey.

In violation of Title 18, United States Code, Sections 659 and 2.

## COUNT FOUR

**(Theft of Interstate Shipment of Electric Ceiling Fans - July 1997)**

**THE GRAND JURY FURTHER CHARGES:**

      21.    In or about July 1997, in the Eastern District of Pennsylvania and elsewhere, defendants

**ROBERT MILLER, JR.**
**JOHN DiDOMENICIS**
**VINCENT ROMEO**

and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly, and with intent to convert to their own use, did steal, take, carry away and conceal from Cargo Trailer No. MOLU803515, located at a storage facility, terminal and depot for cargo trailer containers known as Ameriport, 3300 S. Delaware Avenue, Philadelphia, Pennsylvania, goods and chattels of a value in excess of $1,000, that is approximately 2040 electric ceiling fans valued at approximately $93,189, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and other property from Hong Kong, China to Cherry Hill, New Jersey.

      In violation of Title 18, United States Code, Sections 659 and 2.

## COUNT FIVE

**(Theft of Interstate Shipment of Toy Electric Trains - July 1997)**

**THE GRAND JURY FURTHER CHARGES:**

22.　　In or about July 1997, in the Eastern District of Pennsylvania and elsewhere, defendants

**ROBERT MILLER, JR.**
**JOHN DiDOMENICIS**

and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly, and with intent to convert to their own use, did steal, take, carry away and conceal from Cargo Trailer No. MOLU101279, located at a storage facility, terminal and depot for cargo trailer containers known as Ameriport, 3300 S. Delaware Avenue, Philadelphia, Pennsylvania, goods and chattels of a value in excess of $1,000, that is approximately 571 cartons of Bachmann electric toy train sets and parts valued at approximately $39,942, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and other property from Hong Kong, China to Philadelphia, Pennsylvania

　　　In violation of Title 18, United States Code, Sections 659 and 2.

## COUNT SIX

**(Theft of Interstate Shipment of Women's Sweat Suits - September 1997)**

**THE GRAND JURY FURTHER CHARGES:**

23.    In or about September 1997, in the Eastern District of Pennsylvania and elsewhere, defendants

**ROBERT MILLER, JR.**
**JOHN DiDOMENICIS**

and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly, and with intent to convert to their own use, did steal, take, carry away and conceal from Cargo Trailer No. TRIU526974 and Cargo Trailer No. TOLU358460, located at a storage facility, terminal and depot for cargo trailer containers known as Ameriport, 3300 S. Delaware Avenue, Philadelphia, Pennsylvania, goods and chattels of a value in excess of $1,000, that is approximately 15,600 sets of women's sweat suits valued at approximately $140,595, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express and other property from Hong Kong, China to Bensalem, Pennsylvania.

In violation of Title 18, United States Code, Sections 659 and 2.

## COUNT SEVEN

### (Theft of Interstate Shipment of Baby Formula - July 1998)

**THE GRAND JURY FURTHER CHARGES:**

24.    In or about July 1998, in the Eastern District of Pennsylvania and elsewhere, defendants

**ROBERT MILLER, SR.**
**RAYMOND RUSSO**
**a/k/a "Ray Duck"**

and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly, and with intent to convert to their own use, did steal, take, carry away and conceal from Cargo Trailer No. REDZ237384, located at a storage facility, terminal and depot for cargo trailer containers known as CSX Freight Lines Yard, 2400 S. Delaware Avenue, Philadelphia, Pennsylvania, goods and chattels of a value in excess of $1,000, that is approximately 3,618 cases of Enfamil, Prosobee, Nutramigen, Lactofree, Next Step, Sustical and Boost valued at approximately $126,483, which were moving as, were a part of, and constituted an interstate shipment of freight, express, and other property from Evansville, Indiana to various locations in Rhode Island, including North Smithfield and Woonsocket, Rhode Island.

In violation of Title 18, United States Code, Sections 659 and 2.

21

## COUNT EIGHT

### (Theft of Interstate Shipment of Bicycles - July 1998)

**THE GRAND JURY FURTHER CHARGES:**

25.    In or about July 1998 (sometime after the theft of the items described in Count Seven), in the Eastern District of Pennsylvania and elsewhere, defendants

**ROBERT MILLER, SR.**
**RAYMOND RUSSO**
**a/k/a "Ray Duck"**

and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly, and with intent to convert to their own use, did steal, take, carry away and conceal from Cargo Trailer No. A91708, located at a storage facility, terminal and depot for cargo trailer containers known as CSX Freight Lines Yard, 2400 S. Delaware Avenue, Philadelphia, Pennsylvania, goods and chattels of a value in excess of $1,000, that is approximately 570 Raleigh bicycles valued at approximately $73,749, which were moving as, were a part of, and constituted an interstate shipment of freight, express, and other property from Kent, Washington to Paulsboro, New Jersey.

In violation of Title 18, United States Code, Sections 659 and 2.

## COUNT NINE

**(Theft of Interstate Shipment of Toy Electric Race Car Sets - September 1998)**

**THE GRAND JURY FURTHER CHARGES:**

26.    In or about September 1998, in the Eastern District of Pennsylvania and elsewhere, defendants

> **ROBERT MILLER, JR.,**
> **JOHN DiDOMENICIS,**
> **FRANK BUONO,**
> **JOHN BERRY**

and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly, and with intent to convert to their own use, did steal, take, carry away and conceal from Cargo Trailer No. HJCU784866, located at a storage facility, terminal and depot for cargo trailer containers known as Ameriport, 3300 S. Delaware Avenue, Philadelphia, Pennsylvania, goods and chattels of a value in excess of $1,000, that is approximately 1090 cartons of Carrera electric toy race car sets valued at approximately $36,883, which were moving as, were a part of, and constituted an interstate and foreign shipment of freight, express, and other property and expenses from Hong Kong, China to Trevose, Pennsylvania.

In violation of Title 18, United States Code, Sections 659 and 2.

## COUNT TEN

**(Theft of Interstate Shipment of Computers - September 1998)**

**THE GRAND JURY FURTHER CHARGES:**

27.    In or about September 1998, in the Eastern District of Pennsylvania and elsewhere, defendants

**ROBERT MILLER, JR.**
**JOHN DiDOMENICIS**
**FRANK BUONO**
**VINCENT ROMEO**
**JOHN BERRY**

and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly, and with intent to convert to their own use, did steal, take, carry away and conceal from Cargo Trailer No. EMPU283529, located at a storage facility, terminal and depot for cargo trailer containers known as Ameriport, 3300 S. Delaware Avenue, Philadelphia, Pennsylvania, goods and chattels of a value in excess of $1,000, that is approximately 618 pieces of Compaq computers and related computer equipment valued at approximately $625,643, which were moving as, were a part of, and constituted an interstate shipment of freight, express, and other property from Houston, Texas to Paulsboro, New Jersey.

In violation of Title 18, United States Code, Sections 659 and 2.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
MICHAEL R. STILES
United States Attorney
Eastern District of Pennsylvania

No._____

# UNITED STATES DISTRICT COURT

*Eastern District of Pennsylvania*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

ROBERT MILLER, SR., ET AL.

## INDICTMENT

18 U.S.C. § 371 (Conspiracy - 1 Count);
18 U.S.C. § 659 (Theft from Interstate Shipments - 9 Counts)
18 U.S.C. § 2 (Aiding and Abetting - 9 Counts)

*A true bill.*

_____
*Foreman*

*Filed in open court this _____day,*

*of _____A.D. 19_____*

_____
*Clerk*

Bail $ _____