```
            IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                        _____


UNITED STATES OF AMERICA    :

           VS.              :  CRIMINAL NO. 99-777

CHRISTOPHER ALEARDI         :
a/k/a
RONNIE THE BRICKLAYER       :


                                    November 6, 2000
                                    Philadelphia, Pa.
                        _____

BEFORE:   HONORABLE CHARLES R. WEINER, S.J.

                         SENTENCE


APPEARANCES:

For the Government:      ZANE D. MEMEGER, ESQ.
                         ASSISTANT U. S. ATTORNEY
                         615 CHESTNUT STREET
                         SUITE 1250
                         PHILADELPHIA, PA. 19106

For the Defendant:       EDWARD V. SCHULGEN, ESQ.
                         121 SOUTH BROAD STREET
                         SUITE 1700
                         PHILADELPHIA, PA. 19107

Reported By:             JOEL GERSTENFELD, C.S.R.
                         OFFICIAL COURT REPORTER
                         1234 U.S. COURTHOUSE
                         601 MARKET STREET
                         PHILADELPHIA, PA. 19106


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;

TRANSCRIPT PRODUCED BY DICTATION.
```

1              THE COURT:    Good morning,
2              MR. MEMEGER:    Good morning, Your Honor.
3              MR. SCHULGEN:    Good morning, Your Honor.
4              THE COURT:    Have you gone over the
5    presentence report?
6              MR. SCHULGEN:    Yes, Your Honor.
7              THE COURT:    Are there any additions or
8    corrections to it?
9              MR. SCHULGEN:    No, Your Honor.
10             THE COURT:    Is there anything you want to
11   say about the presentence report, Mr. Aleardi?
12             THE DEFENDANT:    I'd like to say how sorry I
13   am and that the inconvenience and the sorrow that I
14   brought to my family, my wife.  It was so stupid.  And
15   I just hope that everything comes out all right with me
16   and that I would never ever in life again do anything
17   wrong against the law.
18             THE COURT:    Is there anything in this
19   presentence report anyone else wishes to add or
20   correct?
21             MR. MEMEGER:    No, Your Honor.  The
22   Government has an opportunity.
23             THE COURT:    The Court will accept the
24   presentence report and make it part of the record.
25             I will be glad to hear you.

1        MR. SCHULGEN: Yes, Your Honor. The
2   significant parts about the presentence report are as
3   follows.
4        Mr. Aleardi is sixty-three years old. He's
5   been married for forty years, and up until this point
6   has never been convicted of a crime, let alone been
7   arrested for a crime.
8        The presentence report indicates on page ten,
9   paragraph thirty-nine that according to his physician,
10  Mark Graham, the defendant suffers from cardiomyopathy,
11  delayed type irregular heartbeat. Dr. Graham stated
12  the defendant's condition is guarded and he needs to be
13  chronically medicated. The defendant stated at one
14  point he was taking four different medications plus
15  aspirin.
16       Since that report, Your Honor, in fact Mr.
17  Aleardi has been fitted with a pacemaker to his heart.
18  That was about four months ago. And three weeks ago he
19  received an angioplasty in regard to his medical
20  condition. He is presently on five different types of
21  medications on a daily basis. And as the doctor
22  predicted, he will be chronically medicated for the
23  rest of his life.
24       The other significant part of the presentence
25  report is paragraph forty-four, page ten. A check with

1  the Social Security Administration revealed that the
2  defendant has had a steady work history through 1994.
3  This is a man who is a hard working individual, a
4  bricklayer who works with his hands and his back, and
5  has over the years provided for his wife, and over the
6  last several years, several decades has in fact
7  provided for his mother-in-law who is currently eighty-
8  seven years old and currently lives with mother.

9  As the report indicates Mr. Aleardi has been
10 placed in the Federal Witness Protection Program since
11 February of this year.  Obviously, the Government has
12 determined that his life is in danger in regard to his
13 cooperation with the Government.  Particularly when you
14 read the list of the indicted individuals it reads like
15 a Who's Who list of gangsters and mobsters in our City,
16 Joseph Merlino, Gambino.  These are people that do not
17 take kindly to individuals standing up and testifying
18 on behalf of the Government and placing their life in
19 danger.

20 In fact, I spoke to Mrs. Aleardi last week
21 and asked her whether or not she would come in and
22 speak on behalf or at least show her support of Mr.
23 Aleardi.  She conferred to me that they had spoken
24 about the situation, and that she and Mr. Aleardi had
25 come to the conclusion that the best thing was for them

1  to cease any and all communication whatsoever between
2  themselves since February of 2000, simply for the
3  slight chance that a slip of the tongue at an unguarded
4  moment and his whereabouts may be construed or
5  determined.
6       She presently is a waitress at the Melrose
7  Diner, which is probably the heartland of these
8  individuals and their friends and relatives. That is
9  why Mrs. Aleardi is not present today.
10      The motion to depart gives this Court ample
11 opportunity to significantly depart from the Sentencing
12 Guidelines, particularly when the Sentencing Guidelines
13 in this case depict Mr. Aleardi as one of the least
14 culpable in this matter in regard to being the driver
15 and receiving a couple of thousand dollars.
16      THE COURT: You don't mean that, do you,
17 that he's the least culpable?
18      MR. SCHULGEN: No, okay.
19      THE COURT: I hardly think so.
20      MR. SCHULGEN: I stand corrected, Your
21 Honor.
22      THE COURT: Let's be very honest with each
23 other. It wouldn't have happened without him.
24      MT. SCHULGEN: Oh, absolutely, Your Honor,
25 absolutely.

1  THE COURT: He recruited the people. He ran
2  it. He knew what he was doing. He's more intelligent
3  than most of them. And without him none of this would
4  have ever occurred.
5  MR. SCHULGEN: That is why under the law a
6  co-conspirator is just as guilty as the chief, cook and
7  bottle washer.
8  THE COURT: I understand. This is a man
9  perfectly capable of running a livelihood and didn't do
10  it and wnt ahead and did things to hurt a lot of
11  people, for what reason? What did they ever do to
12  him?
13  MR. SCHULGEN: That's correct, Your Honor.
14  THE COURT: How would he like somebody to
15  steal what he did? He was looking to sell or make a
16  living or keep people employed, how would he enjoy
17  that?
18  MR. SCHULGEN: I'm sure Mr. Aleardi through
19  our conversations --
20  THE COURT: Because basically what he's
21  done is he created an enterprise then he turned
22  everybody in. Where did these people come from?
23  MR. SCHULGEN: They came from the area.
24  THE COURT: Who recruited them?
25  MR. SCHULGEN: I'm not too sure that's an

1  accurate rendition.

2       THE COURT: That's why I'm telling you,
3  because you're not too sure. I sat through the trial.

4       MR. SCHULGEN: Oh, you sat through the
5  trial.

6       THE COURT: I sat through the trial. I
7  think I heard everything everybody said.

8       MR. SCHULGEN: Right.

9       THE COURT: If I have it wrong, you correct
10 me.

11      MR. SCHULGEN: Well, as I understand it, Mr.
12 Aleardi was a driver of several of the vehicles. They
13 recruited some individuals.

14      THE COURT: He knew where the trucks were.
15 He knew where the good stuff was. He knew who stole
16 it, except for one guy who stole some baby formula, but
17 outside of that they were doing pretty well with
18 computers and other things of that type.

19      MR. SCHULGEN: As I understand Mr. Aleardi
20 --

21      THE COURT: Look, everybody has to live
22 their own life and I am not here to preach morality or
23 anything else, but the facts are the facts.

24      MR. SCHULGEN: Yes, Your Honor.

25      THE COURT: This man could have made a

1  living without any difficulty at all. Instead, he got
2  all these people involved that stole the thing. There
3  is a Million Two Hundred Eighty-Five Thousand Dollars that
4  was taken. That was not somebody just stealing milk
5  bottles off somebody's step.
6      MR. SCHULGEN: I understand that, Your
7  Honor.
8      THE COURT: These are sophisticated people.
9      MR. SCHULGEN: I understand that, Your
10 Honor. As I understand it, there were individuals who
11 had inside contacts with the guards.
12     THE COURT: Correct. And they knew who
13 they were and where the trucks were and which other trucks
14 were not so good they chose.
15     Many years ago I used to work for a living.
16 I used to drive a tractor-trailer. And I know what
17 that is and what they do to put it together. And the
18 people who work in the yards they know what that is
19 also. It is irresitible, but that's why they try to
20 get decent, honest people.
21     Do you have anything that you would like to
22 say?
23     MR. MEMEGER: Yes, Your Honor.
24     The Government has filed a motion for
25 downward departure in this case related to Mr.

1  Aleardi's cooperation.
2         Mr. Aleardi began cooperating with the
3  Government early on in this case before the indictment
4  was actually returned.
5         The Government had obtained information from
6  another cooperating witness, Fred Angelucci, who
7  appeared before you to testify and testified that as to
8  Mr. Aleardi's role in the conspiracy, that in fact that
9  this cargo theft ring had been ongoing since December
10 of 1996 and after they stole Sony televisions and
11 Sansum televisions
12        Mr. Angelucci recruited Mr. Aleardi to become
13 a participant in the conspiracy. And from that point
14 forward Mr. Aleardi drove trucks and helped unload
15 certain merchandise that had been stolen.
16        He testified before the Grand Jury before the
17 indictment was returned against him and his nine co-
18 conspirators as well as a superseding indictment in the
19 United States versus Joseph Merlino which is a RICO
20 conspiracy indictment which is currently pending before
21 Judge Hutton. No trial date has been set in that
22 matter.
23        THE COURT: What kind of a sentence are you
24 seeking for him?
25        MR. MEMEGER: With regard to Mr. Aleardi,

1  his cooperation has been significant. It helped break
2  this cargo theft ring. It seized thefts of entire
3  cargo trailers at both the CSX and Ameriport cargo
4  facilities. He's done this at great risk to himself as
5  well as the fact that it has had a significant impact
6  on his family and that he's been placed in the Witness
7  Protection Program which is going to have a great
8  impact on his life long after these proceedings have
9  concluded.
10         Additionally, Mr. Aleardi has cooperated with
11 authorities in other jurisdictions and has appeared
12 before the Grand Jury in those cases and is continuing
13 his cooperation. We expect him to testify at the trial
14 of United States versus Joseph Merlino once that's
15 scheduled by Judge Hutton.
16         Based upon what Mr. Aleardi has done today we
17 believe his cooperation has been significant and that
18 he's entitled to a significant downward departure.
19         THE COURT: What kind of a sentence are you
20 seeking?
21         MR. MEMEGER: If the court were to impose a
22 term of probation of five years the Government would
23 not object to such a sentence.
24         THE COURT: Have you been incarcerated now?
25 Have you been in jail?

1   THE DEFENDANT:  No, sir.

2   THE COURT:  The statutory provision is five
3   years.  The Guidelines are twenty-one to twenty-seven
4   months.

5       Would he be sent somewhere else in the
6   country to live?

7   MR. SCHULGEN:  He's already been, he's in
8   the Witness Protection Program.

9   MR. MEMEGER:  He would be relocated.

10  THE COURT:  Is there anything else you would
11  like to say, Mr. Aleardi?

12  THE DEFENDANT:  Your Honor, I'm just very
13  sorry for what I did.  And I can't stress that too
14  much.  It was so dumb and stupid and I'm just sorry for
15  my family.

16  THE COURT: Pursuant to the Sentencing Reform
17  Act of 1984, it is the judgment of the court that the
18  defendant, Christopher Aleardi is hereby placed on
19  probation for a period of five years.  This is at the
20  behest of the Government and because of asking for a
21  downward departure, because he has been cooperative and
22  has testified and will continue to testify in these
23  matters in the future.

24      While on probation, the defendant shall not
25  commit another Federal, State or local crime and shall

1 observe the standard conditions of probation/supervised
2 release, as adopted by the court in the Eastern
3 District of Pennsylvania and shall comply with the
4 following additional conditions:
5     The defendant shall not possess any firearms
6 or dangerous weapons.
7     The defendant shall refrain from any unlawful
8 use of a controlled substance and submit to a drug test
9 when and if the probation officer desires or needs it.
10     He shall make restitution to the following
11 entities in the following amounts:
12     CSX Railroad
13     Risk Management & Freight Claims
14     B & O Building
15     2 North Charles Street
16     Baltimore, MD 21201
17     Attn: Brenda Harvey, Senior Manager
18     Total to CSX Railroad:    $366,236.89
19     Conrail
20     2 Commerce Square
21     16A
22     2001 Market Street
23     Philadelphia, Pa. 19101-1426
24     Attn: Jack McCormick
25     Total to Conrail:    $516,519.10

```
 1                Chegaray de Chalus
 2                1, Quai George V
 3                B.P. 1403
 4                76067 Lettarve Cedex, France
 5                Partial Claim Amount
 6                (Compaq Computers):   $375,643.00
```

7    He shall begin to make payments of this
8 obligation during his probationary period of at least
9 Two Hundred Dollars a month.

10   He shall pay to the United States a special
11 assessment of One Hundred Dollars which shall be due
12 immediately.

13   You have a right to appeal the sentence if
14 you think it is not in keeping with the law or the
15 evidence presented.

16   If you wish to take an appeal you may do so.
17 If you can't afford counsel, the court will appoint
18 counsel for you.

19   Do you understand what I just said?

20   THE DEFENDANT:  Yes, Your Honor.

21   THE COURT:  Do you have any questions about
22 any of these proceedings?

23   THE DEFENDANT:  No, Your Honor.

24   THE COURT:  Are you satisfied with the
25 services and advice of your lawyer?

```
 1            THE DEFENDANT:   Yes, sir.
 2            THE COURT:   Have you had enough time to go
 3   over this matter with him?
 4            THE DEFENDANT:   Yes, sir.
 5            THE COURT:   Anything further?
 6            MR. MEMEGER:   Nothing from the Government,
 7   Your Honor.
 8            MR. SCHULGEN:   Thank you, Your Honor.
 9            MR. MEMEGER:   Thank you.
10            (Court Adjourned)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T I O N

     I, Joel Gerstenfeld, a Certified Shorthand Reporter and Official Court Reporter in and for the Commonwealth of Pennsylvania, do hereby certify that the foregoing is a true and accurate transcript as taken from the original stenographic notes written by me in this matter to the best of my knowledge and belief.

DATED: NOVEMBER 30, 2000

*Joel Gerstenfeld*
JOEL GERSTENFELD, C.S.R.
Official Court Reporter